October 23, 2009

Mr. Jeffrey S. Levinger
Hankinson Levinger LLP
750 N. St. Paul Street, Suite 1800
Dallas, TX 75201

Ms. Claudia Wilson Frost
Pillsbury Withrop Shaw Pittman LLP
909 Fannin St., Ste. 2000
Houston, TX 77010
Ms. Pamela Stanton Baron
Attorney at Law
P.O. Box 5573
Austin, TX 78763

RE: Case Number: 07-0123
 Court of Appeals Number: 02-05-00277-CV
 Trial Court Number: 352-203344-03

Style: DENNIS L. MIGA
 v.
 RONALD L. JENSEN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. Wilder |
| |Mr. David M. Gunn |
| |Ms. Lynne Liberato |
| |Mr. Douglas W. |
| |Alexander |